# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>TY NELLES,<br><br>　　　　　　　　Defendant. | NO.  CR07-148-RSL<br><br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

　　　　An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on April 8, 2010.  The United States was represented by Assistant United States Attorney Steven Masada, and the defendant by Lee Covell.

　　　　The defendant had been charged and convicted of Burglary of a Pharmacy, in violation of 18 U.S.C. §2118(b) and 2.  On or about September 21, 2007, defendant was sentenced by the Honorable Robert S. Lasnik, to a term of 18 months in custody, to be followed by 3 years of supervised release.

　　　　The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions.  Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, financial disclosure, $18,212.50 restitution, search, alcohol abstinence and no new credit.

In a Petition for Warrant or Summons dated March 16, 2010, U.S. Probation Officer Jerrod Akins asserted the following violation by defendant of the conditions of his supervised release:

(1) Failing to follow the instructions of the U.S. Probation Officer as instructed by failing to participate in the Moral Reconation Therapy program, in violation of standard condition No. 3.

The defendant was advised of his rights, acknowledged those rights, and admitted to alleged violation 1.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violation 1 and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Robert S. Lasnik on April 27, 2010 at 8:30 a.m.

Pending a final determination by the Court, the defendant has been released, subject to supervision.

DATED this 8th day of April, 2010.

JAMES P. DONOHUE
United States Magistrate Judge

cc:   District Judge:         Honorable Robert S. Lasnik
      AUSA:                   Steven Masada
      Defendant's attorney:   Lee Covell
      Probation officer:      Jerrod Akins

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2