| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TY ZACHARIA NELLES,<br><br>Defendant. | NO. CR07-148-RSL<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on May 23, 2012. The United States was represented by Assistant United States Attorney Steven Masada, and the defendant by Lee Covell.

The defendant had been charged with Burglary of a Pharmacy, in violation of 18 U.S.C. §§ 2118(b) and 2. On or about September 21, 2007, defendant was sentenced by the Honorable Robert S. Lasnik to a term of 18 months in custody, to be followed by 3 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, financial disclosure, $18,212.50 restitution, abstinence from alcohol, 180 days electronic monitoring, and prohibition from incurring any new credit charges or obtaining a loan without approval.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

In a Petition for Warrant or Summons dated April 25, 2012, U.S. Probation Officer Angela M. McGlynn asserted the following violations by defendant of the conditions of his supervised release:

(1) Using methamphetamine on or before March 26, 2012, and April 11, 2012, in violation of standard condition No. 7.

(2) Failing to appear for urinalysis testing on or about April 18 and April 23, 2012, in violation of special condition requiring the defendant to report for urinalysis testing as directed.

The defendant was advised of his rights, acknowledged those rights, and admitted to alleged violations 1 and 2.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1 and 2, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Robert S. Lasnik on June 6, 2012 at 8:30 a.m.

Pending a final determination by the Court, the defendant has been released, subject to supervision.

DATED this 23rd day of May, 2012.

JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable Robert S. Lasnik
AUSA: Steven Masada
Defendant's attorney: Lee Covell
Probation officer: Angela M. McGlynn