UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TY ZACHARIA NELLES,<br><br>　　　　　Defendant. | NO. CR07-148-RSL<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

　　　　An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on November 8, 2012.  The United States was represented by Assistant United States Attorney Norman Barbosa for Steven Masada, and the defendant by Lee Covell.

　　　　The defendant had been charged with Burglary of a Pharmacy, in violation of 18 U.S.C. §§ 2118(b) and 2.  On or about September 21, 2007, defendant was sentenced by the Honorable Robert S. Lasnik to a term of 18 months in custody, to be followed by 3 years of supervised release.

　　　　The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions.  Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, financial disclosure, restitution, prohibition from alcohol, 180 days

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

electronic monitoring, and prohibition from incurring any new credit charges or obtaining a loan without approval.

In a Petition for Warrant or Summons dated October 17, 2012, U.S. Probation Officer Angela M. McGlynn asserted the following violations by defendant of the conditions of his supervised release:

(1) Using methamphetamine on or before October 2, 2012, in violation of standard condition No. 7.

(2) Failing to report for urinalysis testing on or about October 15, 2012, in violation of special condition that requires the defendant to report for testing as directed.

The defendant was advised of his rights, acknowledged those rights, and admitted to alleged violations 1 and 2.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1 and 2, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Robert S. Lasnik on November 30, 2012 at 11:00 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 8th day of November, 2012.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:        Honorable Robert S. Lasnik
     AUSA:                  Steven Masada
     Defendant's attorney:  Lee Covell
     Probation officer:     Angela M. McGlynn

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2